**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

August 2, 2021

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re:   *Snowden v. Henning*, No. 21-1463
      Notice of Unavailability for Oral Argument

Dear Office of the Clerk:

Pursuant to Circuit Rule 34(b)(3), Counsel for Plaintiff-Appellant Donald V. Snowden respectfully requests that the Court avoid scheduling oral argument for this case on the following days due to prior commitments:

August 20, 23–27, 30–31

September 1–3, 21, 30

October 1, 6, 22

/s/ Eric Chung

Eric Chung
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Plaintiff-Appellant
Donald V. Snowden*