# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 27, 2023

Before

DIANE S. SYKES, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 21-1463 | DONALD V. SNOWDEN,<br>Plaintiff - Appellant<br><br>v.<br><br>JEREMY HENNING,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-01322-JPG<br>Southern District of Illinois<br>District Judge J. Phil Gilbert ||

The judgment of the District Court is **REVERSED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)